KANSAS CITY v. ST. LOUIS & SAN FRANCISCO
RAILROAD COMPANY et al., Appellants.

(No. 2.)

In Banc, July 20, 1910.

Appeal from Jackson Circuit Court.—*Hon. Henry L.
McCune,* Judge.

REVERSED AND REMANDED (*with directions*).

VALLIANT, J.—This is a proceeding instituted
by the city pursuant to an ordinance designed to open
and widen Twelfth street from Liberty street to Santa
Fe street. The facts of this case are sufficiently stated
in the opinion in the case of Kansas City v. St. Louis
and San Francisco Railroad Company et al., No. 15367,
p. 369, *ante*, in which case the purpose of the city was·
to alter the grade of Twelfth street. For the reasons
given in the opinion in that case the judgment in this
cause is reversed and the cause remanded to the circuit
court with directions to dismiss this suit. All concur.